COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

ANTHONY MICHAEL BOWDEN,      §      No. 08-19-00057-CR

     Appellant,      §      Appeal from the

v.      §      384th District Court

THE STATE OF TEXAS,      §      of El Paso County, Texas

     State.      §      (TC# 20160D05559)

§

## **O R D E R**

The Court Grudgingly GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **December 14, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. William R. Cox, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 14, 2019.

IT IS SO ORDERED this 18th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.